**FILED**

SEP 2 1 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

2:09-MJ--277 

[SEALED]  ) MISC. NO.
          )
_____) 

SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the attached documents [Complaint with attached affidavit and Arrest Warrant] entered herein and any associated material is hereby SEALED until the arrest of the defendant or further order of this Court (whichever is first).

DATED: September 21, 2009

GREGORY G. HOLLOWS
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

1