William E. Bonham, SB# 55478
Attorney at Law
Hotel de France Bldg., Old Sacramento
916 Second Street, 2nd Floor, Ste. A
Sacramento, California 95814

Telephone: (916) 557-1113
Facsimile: (916) 557-1118
Email: billbonham@mylaw.comcastbiz.net

Attorney for SHELDON LINHARES

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. 2:09-cr-541 JAM |
| ) | |
| Plaintiff, ) | STIPULATION AND |
| ) | ORDER TO CONTINUE |
| v. ) | ARRAIGNMENT/ DETENTION |
| ) | HEARING |
| Sheldon LINHARES, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

    Defendant, Sheldon Linhares, through his undersigned counsel, and the United States through its undersigned counsel, hereby stipulate and request that the Court continue the Arraignment, in the above- captioned case, currently set for Friday, January 22, 2010 at 11:00 a.m., to Monday, January, 25 2010 at 2:00 a.m.

A continuance is necessary because AUSA Richard Bender will be out of the office until January 25, 2010 and would like to appear personally on this matter.

I, William E. Bonham, the filing party have received authorization from AUSA Paul Hemesath , to sign and submit this stipulation and proposed order on their behalf and defense counsel has authorization from his respective client.

Accordingly, the defense and the United States agree and stipulate that the Arraignment/ Detention Hearing for defendant, Sheldon Linhares, should be continued until Monday, January 25, 2010 at 2:00 a.m.

Dated: January 21, 2009

        BENJAMIN B. WAGNER
        United States Attorney

By: /s/   Paul Hemesath
PAUL HEMESATH
Assistant U.S. Attorney

Dated: January 21, 2009

By: /s/  William E. Bonham
WILLIAM E. BONHAM
Attorney for defendant
SHELDON LINHARES

2

# **ORDER**

IT IS SO ORDERED. Arraignment/ Detention Hearing for Sheldon Linhares, currently set for Friday, January 22, 2010 at 11:00 a.m. should be vacated and continued until Monday, January 25, 2010 at 2:00 a.m.

Dated: January 21, 2010.

_____
U.S. MAGISTRATE JUDGE