William E. Bonham, SB# 55478
Attorney at Law
Hotel de France Bldg., Old Sacramento
916 Second Street, 2nd Floor, Ste. A
Sacramento, California 95814

Telephone: (916) 557-1113
Facsimile: (916) 557-1118
Email: billbonham@mylaw.comcastbiz.net

Attorney for SHELDON LINHARES

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. 2:09-cr-541 JAM |
| ) | |
| Plaintiff, ) | STIPULATION AND PROPOSED |
| ) | ORDER TO CONTINUE |
| v. ) | DETENTION HEARING |
| ) | |
| Sheldon LINHARES, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

    Defendant, Sheldon Linhares, through his undersigned counsel, and the United States through its undersigned counsel, hereby stipulate and request that the Court continue the Detention Hearing, in the above- captioned case, currently set for Thursday, January 28, 2010 at 2:00 p.m., to Wednesday, February 3, 2010 at 2:00 p.m.

A continuance is necessary because PTS Officer Tifa Gaskins is unavailable.

I, William E. Bonham, the filing party have received authorization from AUSA Richard Bender, to sign and submit this stipulation and proposed order on their behalf and defense counsel has authorization from his respective client.

Accordingly, the defense and the United States agree and stipulate that the Detention Hearing for defendant, Sheldon Linhares, should be continued until Wednesday, February 3, 2010 at 2:00 p.m.

Dated: January 27, 2009

        BENJAMIN B. WAGNER
        United States Attorney

By: /s/   Richard Bender
    RICHARD BENDER
    Assistant U.S. Attorney

Dated: January 27, 2009

By: /s/  William E. Bonham
    WILLIAM E. BONHAM
    Attorney for defendant
    SHELDON LINHARES

# **ORDER**

IT IS SO ORDERED. The courts finds good cause for further continuing the detention hearing in this matter, in light of the unavailability of the pretrial services officer assigned to defendant's case. The detention hearing currently set for Thursday, January 28, 2010 at 2:00 p.m. is vacated and continued until Wednesday, February 3, 2010 at 2:00 p.m.

Dated: January 27, 2010.

_____
U.S. MAGISTRATE JUDGE