William E. Bonham, SB# 55478
Attorney at Law
Hotel de France Bldg., Old Sacramento
916 Second Street, 2nd Floor, Ste. A
Sacramento, California 95814

Telephone: (916) 557-1113
Facsimile: (916) 557-1118
Email: billbonham@mylaw.comcastbiz.net

Attorney for: Sheldon LINHARES

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr. No: 2:09-cr-541 MCE |
| ) | |
| Plaintiff, ) | STIPULATION AND |
| ) | ORDER TO CONTINUE STATUS |
| v. ) | CONFERENCE |
| ) | |
| Sheldon Linhares, ) | |
| ) | |
| Defendant. ) | Hon. Judge Morrison C. England |
| ) | |

The defendant, Sheldon Linhares, through his undersigned counsel, and the United States, through its undersigned counsel, hereby agree and request the status conference currently set for Thursday, April 1, 2010 at 9:00 a.m. be vacated and continued until Thursday, April 29, 2010 at 9:00 a.m.

1

A continuance is necessary to provide counsel with additional time for continued case preparation and for ongoing plea and sentencing negotiations.

The parties also stipulate that time should be excluded under the Speedy Trial Act due to needs of counsel for continued case preparation and ongoing plea and sentencing negotiations.  Local Code T4 & 18 U.S.C § 3161 (h)(7)(B)(iv).

I, William E. Bonham, the filing party, have received authorization from AUSA Richard Bender to sign and submit this stipulation and proposed order on his behalf and that defense counsel has authorization from his respective client.

Accordingly, the defense and the United States agree and stipulate that the status conference for defendant, Sheldon Linhares, should be continued until Thursday, April 29, 2010 at 9:00 a.m. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and defendant in a Speedy Trial.  18 U.S.C. § 3161(h)(7)(A).

Dated: March 30, 2010

BENJAMIN B. WAGNER
United States Attorney

By:/s/ WILLIAM E. BONHAM for
RICHARD BENDER
Assistant U.S. Attorney

Dated: March 30, 2010

By:/s/ WILLIAM E. BONHAM for
WILLIAM E. BONHAM
Counsel for Defendant
SHELDON LINHARES

# **ORDER**

IT IS SO ORDERED THAT THE status conference for defendant, Sheldon Linhares, currently set for Thursday, April 1, 2010 at 9:00 a.m. should be vacated and continued to Thursday, April 29, 2010 at 9:00 a.m.

I find that the continuance is necessary due to the needs of counsel for continued case preparation and plea/sentencing negotiations.  Accordingly, time is excluded under the Speedy Trial Act, due to needs of counsel for additional case preparation and ongoing plea/ sentencing negotiations, from April 1, 2010 up to and including April 29, 2010 pursuant to Local Code T4 and 18 U.S.C. § 3161(h)(7)(B)(iv).  I find that the ends of justice served by granting this continuance outweigh the best interest of the public and defendant in a speedy trial. 18 U.S.C. § 3161(h) (7)(A).

Dated: March 31, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE