```
                    UNITED STATES DISTRICT COURT

                  EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,

              Plaintiff,            No. 2:09CR00541
v.
                                    ORDER REGARDING SENTENCING
SHELDON LINHARES,                   MEMORANDA
              Defendant.
_____/
```

　　　If any party wishes to file a sentencing memorandum in advance of imposition of judgment and sentencing, said memorandum shall be filed on or before 5:00 p.m., seven (7) calendar days in advance of the date set for judgment and sentencing. Any response thereto shall be filed on or before 3:00 p.m., (3) calendar days in advance of the date set for judgment and sentencing. The parties are cautioned that if any sentencing memoranda is filed late, the judgment and sentencing date may be vacated and the matter continued.

　　　IT IS SO ORDERED.


Dated: August 27, 2010

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MORRISON C. ENGLAND, JR.
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE