BENJAMIN B. WAGNER
United States Attorney
RICHARD J. BENDER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2731

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. S 09-0541 MCE |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER SETTING SENTENCING SCHEDULE** |
| SHELDON LINHARES, | |
| Defendant. | |

The sentencing schedule in the above captioned case was not set because of an oversight. Counsel for the parties and the Probation Officer have conferred and agree to the following schedule:

| | |
|---|---|
| Draft Presentence Report: | June 9, 2011 |
| Informal Objections to PSR: | June 23, 2011 |
| PSR Filed with the Court: | June 30, 2011 |
| Formal Objections to PSR | July 14, 2011 |
| Reply or Statement : | July 21, 2011 |
| J&S: | July 28, 2011, at 9:00 a.m. |

The Probation Officer concurs with the request.

Dated: May 5, 2011

BENJAMIN B. WAGNER
U.S. Attorney

by    /s/ Richard J. Bender
        RICHARD J. BENDER
        Assistant U.S. Attorney

1

[Stipulation to Continue Sentencing Date (cont.)]

Dated: May 5, 2011
                              /S/
                         WILLIAM BONHAM
                    Attorney for the Sheldon Linhares.

**ORDER**

It is so Ordered.

 Dated:  May 10, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2