HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
SHELDON LINHARES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHELDON LINHARES,<br><br>Defendant. | No. Cr. S 09-541 MCE<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: Honorable MORRISON C. ENGLAND, Jr. |

Defendant, SHELDON LINHARES by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On August 4, 2011, this Court sentenced Mr. Linhares to a term of 144 months imprisonment;

3. His total offense level was 38, his criminal history category was I, the resulting guideline range was 235 to 293 months, and he received a reduction from the low end of the applicable guideline range on the government's motion;

4.     Mr. Linhares was subsequently resentenced pursuant to the government's motion to 117 months on October 6, 2014;

5.     The sentencing range applicable to Mr. Linhares was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

6.     Mr. Linhares's total offense level has been reduced from 38 to 36, and his amended guideline range is 188 to 235 months; a reduction comparable to the one received at the resentencing proceeding would produce a term of 94 months; and,

7.     Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Linhares's term of imprisonment to a total term of 94 months.

Respectfully submitted,

Dated:  February 5, 2015                              Dated:   February 5, 2015
BENJAMIN B. WAGNER                             HEATHER E. WILLIAMS
United States Attorney                                  Federal Defender


 /s/ *Jason Hitt*                                              /s/ *David M. Porter*
JASON HITT                                                  DAVID M. PORTER
Assistant U.S. Attorney                                 Assistant Federal Defender

Attorney for Plaintiff                                      Attorney for Defendant
UNITED STATES OF AMERICA                   SHELDON LINHARES

### ORDER

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Linhares is entitled to the benefit Amendment 782, which reduces the total offense level from 38 to 36, resulting in an amended guideline range of 188 to 235 months.  A reduction comparable to the one received at the resentencing proceeding would produce a term of 94 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in October 2014 is reduced to a total term of 94 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Linhares shall report to the United States Probation Office within seventy-two hours after his release.

IT IS SO ORDERED.

Dated: February 11, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT