UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

| | |
|---|---|
| Honorable Morrison C. England, Jr.<br>United States District Judge<br>Sacramento, California | RE: Sheldon Linhares<br>Docket Number: 0972 2:09CR00541-01<br><u>**PERMISSION TO TRAVEL**</u><br><u>**OUTSIDE THE COUNTRY**</u> |

Your Honor:

Sheldon Linhares is requesting permission to travel to Rome, Florence and Tuscany, Italy. Sheldon Linhares is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On August 4, 2011, Sheldon Linhares was sentenced for the offenses of 21 USC 846 and 841(a)(1), Conspiracy to Distribute and to Possess with the Intent to Distribute Methamphetamine; and 21 USC 841(a)(1), Possession with the Intent to Distribute Methamphetamine (Class A Felonies).

**Sentence Imposed:** 144 months custody in the Bureau of Prisons (Sentence Reduction to 94 months), 60 months Supervised Release, and $200 Special Assessment (Paid). Special conditions include: Warrantless Search; Financial Disclosure; Drug/Alcohol Treatment; Drug/Alcohol Testing; Mental Health Treatment; Aftercare Co-payment; Drug Registration; Gambling Restrictions.

**Dates and Mode of Travel:** November 19, 2017, through November 30, 2017. Will be traveling by American and Swiss Airlines

**Purpose:** Family vacation. Traveling with aunt and uncle, John and Sharon Jaureguy.

RE: **Sheldon Linhares**
 **Docket Number: 0972 2:09CR00541-001**
 **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

/s/ Tim Mechem

Tim D. Mechem
Supervising United States Probation Officer

Dated: October 4, 2017
Fresno, California
TDM/rmv

**REVIEWED BY:**   /s/ Brian J. Bedrosian
**Brian J. Bedrosian**
**Supervising United States Probation Officer**

## ORDER OF THE COURT

**The Court orders:**

☒ Approved  ☐ Disapproved

**Dated: October 23, 2017**

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE