# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

# M E M O R A N D U M

| | |
|---|---|
| Honorable Morrison C. England, Jr.<br>United States District Judge<br>Sacramento, California | RE: **Sheldon Linhares**<br>**Docket Number: 0972 2:09CR00541-001**<br><u>**PERMISSION TO TRAVEL**</u><br><u>**OUTSIDE THE COUNTRY**</u> |

Your Honor:

Sheldon Linhares is requesting permission to travel to Paris, France; Barcelona, Spain; and Brugge, Belgium. Sheldon Linhares is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On August 4, 2011, Sheldon Linhares was sentenced for the offense(s) of 21 USC 846 and 841(a)(1), Conspiracy to Distribute and to Possess with the Intent to Distribute Methamphetamine; and 21 USC 841(a)(1), Possession with the Intent to Distribute Methamphetamine (Class A Felonies)..

**Sentence Imposed:** 144 months custody in the Bureau of Prisons (Sentence Reduction to 94 months), 60 months Supervised Release, and $200 Special Assessment (Paid). Special conditions include: Warrantless Search; Financial Disclosure; Drug/Alcohol Treatment; Drug/Alcohol Testing; Mental Health Treatment; Aftercare Co-payment; Drug Registration; Gambling Restrictions.

**Dates and Mode of Travel:** November 30, 2019, through December 7, 2019. Will be traveling by Aer Lingus and TAP Portugal Airlines.

**Purpose:** Family vacation. Will travel with wife, Jenna Linhares.

RE: **Sheldon Linhares**
    **Docket Number: 0972 2:09CR00541-001**
    **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

Miriam E. Olea
United States Probation Officer

Dated: November 15, 2019
       Elk Grove, California
       (916) 930-4353

**REVIEWED BY:**

**Ronnie Preap**
**Supervising United States Probation Officer**

## ORDER OF THE COURT

**The Court orders:**

☒ Approved    ☐ Disapproved

**Dated: November 19, 2019**

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE